PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darwen Abudeye                                Cr.: 04-00178-001

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway

Date of Original Sentence: 12-20-04

Original Offense: Misprison of a Felony

Original Sentence: 2 years probation

Type of Supervision: Probation                    Date Supervision Commenced: 12-20-04

Assistant U.S. Attorney: Lisa Rose            Defense Attorney: Emil J. Yampaglia, Esq. (Retained)

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On April 14, 2005, Darwen Abudeye was arrested by the Passaic Police Department for car jacking, aggravated assault, and driving while intoxicated. On May 16, 2005, he is scheduled for a pre-Indictment conference in Passaic County Superior Court. He is currently incarcerated at the Passaic County Jail, Paterson, New Jersey. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Maureen Kelly
U.S. Probation Officer

Date: 05-09-05

PROB 12C - Page 2
Darwen Abudeye

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5-16-05
_____
Date